UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-9-FDW

| | |
|---|---|
| KURT KALANI SPARKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HENDERSON COUNTY SHERIFFS ) | |
| OFFICE, et al., ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on a Motion for Leave to Appear Pro Hac Vice as to Ernest Charles Grose, Jr. (Doc. No. 67).

The Court will **GRANT** the Motion for Leave to Appear Pro Hac Vice. (Doc. No. 67). Counsel is admonished to be fully familiar with the rules and procedures of this Court. Should it appear to the Court that counsel is not acting in compliance with the rules and procedures of this Court, the Court may revoke counsel's pro hac vice status.

Signed: April 21, 2017

Frank D. Whitney
Chief United States District Judge

1