# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Kurt Kalani Sparks, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00009-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| Henderson County Sheriffs | ) | |
| Office, et al, | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 21, 2018 Order.

March 21, 2018

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court